IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID K. CHANDLER,        )<br>                           )<br>     Plaintiff,          )<br>                           )<br>     v.                    )<br>                           )<br>DENNIS MEEKS and COVINGTON )<br>COUNTY,                    )<br>                           )<br>     Defendants.         ) | CIVIL ACTION NO.<br>2:16cv708-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting claims of excessive force and malicious prosecution stemming from an altercation with the defendant law enforcement officer.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure of plaintiff to pay the initial partial filing fee.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of February, 2017.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**